# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCAUREL ORISMA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC ET AL.,<br><br>Defendants. | Civil Action No.: 1:21-cv-11610-AK |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Marcaurel Orisma ("Plaintiff") and Defendant CitiMortgage, Inc. ("Defendant"), by and through their respective counsel, hereby notify the Court that they have reached an agreement in principle to settle and resolve the claims against CitiMortgage in this action. The parties anticipate that, within 60 days of the filing of this Notice, they will finalize their settlement and file a stipulation of dismissal of this action, with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Kara A. Czanik |
| Yitzchak Zelman (YZ5857) | Kara A. Czanik (OH Bar No. 0075165) |
| MARCUS & ZELMAN, LLC | DINSMORE & SHOHL LLP |
| 701 Cookman Avenue, Suite 300 | 255 East Fifth Street, Suite 1900 |
| Asbury Park, NJ 07712 | Cincinnati, Ohio 45202 |
| Tel: (732) 695-3282 | Tel: (513) 832-5490 |
| Fax: (732) 298-6256 | Fax: (513) 977-8141 |
| Email: yzelman@marcuszelman.com | Email: kara.czanik@dinsmore.com |
| *Counsel for Plaintiff* | *Counsel for CitiMortgage, Inc.* |

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served upon counsel of record via the Court's CM/ECF System and E-Mail on this 18th day of March, 2022:

                                         */s/ Kara A. Czanik*
                                         Kara A. Czanik (OH Bar No. 0075165)

.