IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION - BOSTON

**MARCAUREL ORISMA,**

                    **Plaintiff,**

          -v-

**EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and CITIMORTGAGE, INC.,**

                    **Defendants.**

Civil Case Number:  1:21-cv-11610-AK

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANSUNION, LLC

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims in their entirety against Defendant **TRANSUNION, LLC only** in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action as to TRANSUNION, LLC.

Dated:　　　May 9, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Marcaurel Orisma*

/s/ Daniel Rothenberg
Daniel Rothenberg, Esq.
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Tel: (317) 363-2400
Email: drothenberg@schuckitlaw.com

*Attorneys for Defendant*
*Transunion, LLC*