IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION - BOSTON

| | |
|---|---|
| **MARCAUREL ORISMA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>**EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and CITIMORTGAGE, INC.,**<br><br>　　　　　　　　　　Defendants. | Civil Case Number: 1:21-cv-11610-AK |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims in their entirety against Defendant **Equifax Information Services, LLC** in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action as to **Equifax**.

Dated:　　　May 17, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
PRO HAC VICE
*Attorneys for Plaintiff*
*Marcaurel Orisma*