IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION - BOSTON

**MARCAUREL ORISMA,**

                 **Plaintiff,**

        -v-

**EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and CITIMORTGAGE, INC.,**

                 **Defendants.**

Civil Case Number:  1:21-cv-11610-AK

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims in their entirety against last remaining Defendant, **EXPERIAN INFORMATION SOLUTIONS, INC.**, in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        July 25, 2022

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Hannah Esquenazi |
| Yitzchak Zelman, Esq. | Hanna Esquenazi, Esq. |
| MARCUS & ZELMAN, LLC | JONES DAY |
| 701 Cookman Avenue, Suite 300 | 100 High Street, 21st Floor |
| Asbury Park, NJ 07712 | Boston, MA 02110 |
| Tel: (732) 695-3282 | Tel: (617) 449-6831 |
| Email: yzelman@marcuszelman.com | Email: hesquenazi@jonesday.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Marcaurel Orisma* | *Experian Information Solutions, Inc.* |